USDCRIPR
Judge Lagueux
01-00107

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 05-1741
DC No. 01-cr-00107

UNITED STATES,
Appellee,

v.

STEVEN J. BALTHAZARD,
Defendant - Appellant.

JUDGMENT
ENTERED: December 12, 2005

On September 2, 2005, September 26, 2005 and October 31, 2005, this court issued orders and directed the appellant to either pay the filing fees of $255.00 to the district court, or to file a motion and financial affidavit for in forma pauperis status in the district court, and to respond to this court in writing. This court notified appellant that failure to take any action could result in this appeal being dismissed in accordance with Local Rule 3(b).

A review of the district court docket does not reflect the payment of the filing fees, or the docketing of an application to proceed in forma pauperis, nor did the appellant respond to this court in writing regarding the outstanding fee issue. This appeal, therefore, is dismissed for lack of prosecution in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
[signature]
Deputy Clerk

Date: 1/4/06

By the Court:

Richard Cushing Donovan, Clerk
JULIE GREGG

By: ______________________
Operations Manager

[cc: Messrs. Balthazard, Cicilline, Sullivan, Lockhart]

146